Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
CATHY ANDERSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CATHY ANDERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PENNCRO & ASSOCIATES,<br><br>　　　　Defendant. | Case No.: 2:10-cv-668<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice.  The Clerk of Court is hereby directed to close this file.

**IT IS SO ORDERED.**

Dated:  January 25, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order